**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**SENIOR JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 12, 2009 |
| Court Reporter:     Paul Zuckerman | Time: 31 minutes |
| Probation Officer:   Grant Hansen | Interpreter: N/A |

**CASE NO.  07-CR-00366-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michele Korver |
|          Plaintiff, | |
| vs. | |
| **2.  HENDERSON JERALE ABRAM,** | Boston Stanton, Jr. |
|          Defendant. | |

**SENTENCING**

**11:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Page 2
09-CR-00366
November 12, 2009

**11:07 a.m.**   Argument by Ms. Korver in support of the Government's Motion for Downward Departure Pursuant to 5K1.1 and comments addressing sentencing.

**11:14 a.m.**   Argument by Mr. Stanton addressing sentencing.

**11:22 a.m.**   Argument by Ms. Korver and comments addressing sentencing.

Defendant makes no statement.

**11:24 a.m.**   Comments by Mr. Hansen addressing sentencing.

Court states its findings.

Defendant entered his plea on **June 17, 2009** to count **Three of the Indictment.**

**ORDERED:**   Defendant's plea of guilty to **Count Three** is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 70 to 87 months | 70 months (§5K1.1 motion is pending) |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Not eligible | None |
| **Fine** | $12,500 to $125,000 | None |
| **Special Assessment** | $100 | $100 |

**Restitution**
No Restitution is owing.

**Community Service**

Page 3
09-CR-00366
November 12, 2009

    Not recommended, given the defendant's history of violence.

**ORDERED:** The Government's Motion for Downward Departure pursuant to 5K1.1 is **GRANTED.**

**ORDERED:** Defendant shall be **committed to the custody of the Bureau of Prison** for **time served.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED:** **Conditions** of Supervised Release that:

PUT IN THE SPECIAL CONDITIONS
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as approved by the probation officer until such time as he is released, shall abstain from the use of alcohol and other intoxicants and may be required to pay the cost of treatment.
- **(X)** Defendant shall continue with a literacy program and obtain his GED.
- (**X**) Defendant shall participate in a program of mental health treatment, ongoing anger management as required by the probation officer until such time as he is released and may be required to pay the costs thereof.
- **(X)** The Court authorizes the release to all treatment agencies of this presentence report and psychological reports for continuity of treatment.

**ORDERED:** **Special Condition** of Supervised Release that:

- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

Page 4
09-CR-00366
November 12, 2009

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** The Government's Motion to Dismiss Counts 1, 2 and 4 of the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11: 34 a.m.   COURT IN RECESS**

**Total in court time: 31 minutes**

**Hearing concluded**